NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ROBERT BRIGGS, DOC # Y15156,  )
  )
     Appellant,  )
  )
v.  )     Case No. 2D17-2682
  )
STATE OF FLORIDA,  )
  )
     Appellee.  )
_____ )

Opinion filed February 7, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Lee County; Joseph C. Fuller, Jr.,
Judge.


PER CURIAM.


        Affirmed.


CASANUEVA, KHOUZAM, and SLEET, JJ., Concur.